120 F.3d 276
 Barbara G. Turpeau, Kevin M. Cuevas, Sandra K. Wright,
William P. Tuggle
v.
Fidelity Financial Services, Inc., Admiral Life Insurance
Company of America, Bank South Corporation, Successor to
Barnett Bank of Fayette, JMIC Life Insurance Company,
Mercury Finance Company of Georgia, Union Fidelity Life
Insurance Company, Fidelity National Bank, Transouth
Mortgage Corporation, American National Insurance Company,
Chrysler Credit Corporation, MIC Life Insurance
 NO. 96-8603
 United States Court of Appeals,
Eleventh Circuit.
 July 09, 1997
 N.D.Ga., 112 F.3d 1173
 
 1
 DENIALS OF REHEARING EN BANC.